Submitted on record and briefs December 13, 1991, reversed and remanded for reconsideration July 22, 1992

In the Matter of the Compensation of
Mark A. Benson, Claimant.

SAIF CORPORATION
and Dr. Sole and Mr. Heel,
*Petitioners,*

*v.*

Mark A. BENSON,
*Respondent.*

(WCB 90-18569; CA A70150)

836 P2d 140

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Thomas E. Ewing, Assistant Attorney General, filed the brief for petitioners.

Scott M. Supperstein and Doblie & Associates, Portland, filed the brief for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131 (1992).